OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0006557458
MAILED FROM ZIP CODE

$ 00.26⁵

APR 06 2015

4/1/2015

**TUBBS, FREDDY RAY**   Tr. Ct. No. 1148461-A   WR-82,933-01

This is to advise that the Court has dismissed without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

FREDDY RAY TUBBS
CENTRAL UNIT - TDC # 1498927
ONE CIRCLE DRIVE
SUGARLAND, TX 77478        U TF